**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6130**

UNITED STATES OF AMERICA,

    kPlaintiff - Appellee,

  v.

JOSEPH MCKINSEY BROWN,

    Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen L. Hollander, District Judge. (1:12-cr-00458-ELH-1)

Submitted: June 29, 2021        Decided: July 2, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joseph McKinsey Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph McKinsey Brown seeks to appeal the district court's order dismissing without prejudice his motion for compassionate release pursuant to 18 U.S.C. § 3852(c)(1)(A). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "[D]ismissals without prejudice generally are not appealable 'unless the grounds for dismissal clearly indicate that no amendment . . . could cure the defects in the plaintiff's case.'" *Bing v. Brivo Sys., LLC*, 959 F.3d 605, 610 (4th Cir. 2020) (quoting *Domino Sugar Corp. v. Sugar Workers Loc. Union 392*, 10 F.3d 1064, 1067 (4th Cir. 1993)), *cert. denied*, 141 S. Ct. 1376 (2021). By denying Brown's motion without prejudice for lack of evidence regarding the severity of Brown's asthma, the district court indicated that additional facts could be added to Brown's motion, and the language the district court used in denying the motion did not indicate that it "was finished with the case." *Id.* at 612. Furthermore, Brown's appeal does not indicate his intent to stand on his initial motion. *See id.* We therefore conclude that the district court's order is neither a final order nor an appealable interlocutory order.

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*